Eastern District of Kentucky
FILED
OCT 2 - 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 25CR127-GFVT-MAS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**DAQUIS DAMARR SHARP**
**aka "TONA,"**
**aka "QUIS,"**
**aka "KILLER QUIS,"**
**aka "KQ"** **DEFENDANT**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **DAQUIS DAMARR SHARP**, returnable forthwith.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: /s/*Mary Lauren Melton*
Mary Melton
G. Todd Bradbury
Assistant United States Attorneys
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4802
Mary.Melton@usdoj.gov
Gary.T.Bradbury@usdoj.gov