UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
OCT 2 - 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 25CR127-GFVT-MAS

UNITED STATES OF AMERICA                                      PLAINTIFF

V.     **MOTION OF UNITED STATES TO SEAL INDICTMENT,
       THIS MOTION, AND SUBSEQUENT PLEADINGS**

WILLIAM QUEJOHN DIXON, et al.                                 DEFENDANTS

\* \* \* \* \*

The United States moves to seal the Indictment, this motion, and subsequent pleadings. However, the United States requests that the Court grant permission for the Clerk's Office to provide a file-stamped copy of the sealed indictment to the United States.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:  /s/*Mary Lauren Melton*
     Mary Melton
     G. Todd Bradbury
     Assistant United States Attorneys
     260 W. Vine Street, Suite 300
     Lexington, Kentucky 40507-1612
     (859) 685-4802
     Mary.Melton@usdoj.gov
     Gary.T.Bradbury@usdoj.gov