AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  KENTUCKY

USA
V.
Deangelo Montavius Boone

**EXHIBIT AND WITNESS LIST**

Case Number: 5:25-cr-127-GFVT-MAS-6

| PRESIDING JUDGE<br>Magistrate Judge Matthew A. Stinnett | PLAINTIFF'S ATTORNEY<br>Mary Melton & G. Todd Bradbury | DEFENDANT'S ATTORNEY<br>Thomas C. Lyons; James A. Swetz |
|---|---|---|
| TRIAL DATE (S)<br>10/20/2025 | COURT REPORTER<br>ECR | COURTROOM DEPUTY<br>Dulce Combs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| **W1** | | **10/20/2025** | | | **FBI Special Agent Isaac Robinson** |
| 1 | | 10/20/2025 | 10/20/25 | 10/20/25 | Hot Boys Gang fotography |
| 2 | | 10/20/2025 | 10/20/25 | 10/20/25 | Hot Boys Gang fotography |
| 3a | | 10/20/2025 | 10/20/25 | 10/20/25 | Text Messages |
| 3b | | 10/20/2025 | 10/20/25 | 10/20/25 | Text Messages |
| 3c | | 10/20/2025 | 10/20/25 | 10/20/25 | Text Messages |
| 3d | | 10/20/2025 | 10/20/25 | 10/20/25 | Text Messages |
| 4 | | 10/20/2025 | 10/20/25 | 10/20/25 | Gang's member Photograph |
| 5 | | 10/20/2025 | 10/20/25 | 10/20/25 | Photograph |
| 6 | | 10/20/2025 | 10/20/25 | 10/20/25 | Photo - Car |
| 7 | | 10/20/2025 | 10/20/25 | 10/20/25 | Ftock Safety Investigative Summary |
| 8 | | 10/20/2025 | 10/20/25 | 10/20/25 | Uniform Citation |
| 9 | | 10/20/2025 | 10/20/25 | 10/20/25 | Blue Corolla - Photo |
| 10 | | 10/20/2025 | 10/20/25 | 10/20/25 | Footage of Race Street Shooting |
| 11 | | 10/20/2025 | 10/20/25 | 10/20/25 | Lindberg Shooting |
| 12 | | 10/20/2025 | 10/20/25 | 10/20/25 | Cellphone Location Map (William, Rollie Lamar) |
| 13 | | 10/20/2025 | 10/20/25 | 10/20/25 | Text messages |
| 14 | | 10/20/2025 | 10/20/25 | 10/20/25 | Text Messages |
| 15 | | 10/20/2025 | 10/20/25 | 10/20/25 | Activity for (859) 509 9151 Dixon on 9/27/23 between 8:50 pm and 9:06 pm |
| 16 | | 10/20/2025 | 10/20/25 | 10/20/25 | Activity fpr (859) 509 9151 Dixon, 859 346 7321 Bellomy and 859 443 0883 Sharp on 9/28/23 |
| 17 | | 10/20/2025 | 10/20/25 | 10/20/25 | Text Messages |
| 18 | | 10/20/2025 | 10/20/25 | 10/20/25 | Cellphone Screenshot |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

| | | | | | |
|---|---|---|---|---|---|
| 19 | | 10/20/25 | 10/20/25 | 10/20/25 | Text Messages |
| 20 | | 10/20/25 | 10/20/25 | 10/20/25 | Text Messages |
| 21 | | 10/20/25 | 10/20/25 | 10/20/25 | Text Messages |
| 22 | | 10/20/25 | 10/20/25 | 10/20/25 | Summary of Activity for 859 509 9151 Dixon, 859 346 7321 Bellomy, 859 443 0883 Sharp, 859 913 0004 Boone, and 859 376 0533 Parks. |
| 23 | | 10/20/25 | 10/20/25 | 10/20/25 | Text Messages |
| 24 | | 10/20/25 | 10/20/25 | 10/20/25 | Screen Shot of Instagram photo |
| 25 | | 10/20/25 | 10/20/25 | 10/20/25 | Instagram Post Video |
| 26 | | 10/20/25 | 10/20/25 | 10/20/25 | Photo |
| 27 | | 10/20/25 | 10/20/25 | 10/20/25 | Cellphone contact numbers |
| 28a | | 10/20/25 | 10/20/25 | 10/20/25 | Text messages |
| 28b | | 10/20/25 | 10/20/25 | 10/20/25 | Text messages – 10/12/2023 |
| 28c | | 10/20/25 | 10/20/25 | 10/20/25 | Text messages – 10/12/2023 |
| 28d | | 10/20/25 | 10/20/25 | 10/20/25 | Text messages – 10/13/2023, 10/14/2023, 10/19/2023 |
| 28e | | 10/20/25 | 10/20/25 | 10/20/25 | Text messages – 10/20/2023 |
| 28f | | 10/20/25 | 10/20/25 | 10/20/25 | Text messages – Friday |
| 29 | | 10/20/25 | 10/20/25 | 10/20/25 | Extraction Report – Apple IOS Full File System |
| | **W1** | **10/20/25** | | | **Tamerrera Mascklin – Deft's wife** |