**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 25-CR-00127-GFVT**                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**                    **RESPONSE TO SHOW CAUSE ORDER**

**DEANGELO MONTAVIS BOONE**                                            **DEFENDANT**

**\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\***

Undersigned counsel for the Defendant hereby responds to the Court's Show Cause Order entered on November 14, 2025. [Record No. 119].

Counsel for the Defendant received the Court's Order scheduling the arraignment for Defendant Boone on November 14, 2025. [Record No. 98]. Counsel neglected to properly calendar the scheduled arraignment and has no excuse for failing to do so. Counsel apologizes to the Court for the inconvenience to the Court, its staff, and the Marshal's Office for this error.

Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 820
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Deangelo Montavis Boone*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Response to Show Cause Order has
been served on November 14, 2025 by filing same via the CM/ECF System, which will send
electronic notice to all counsel of record.

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.

Cc:  Deangelo Montavis Boone