# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL ACTION NO. 5:25-CR-127-GFVT-MAS

UNITED STATES OF AMERICA                                                 PLAINTIFF

V.             **NOTICE OF CONVENTIONAL FILING**

CASEY ALLISON MORRIS                                            DEFENDANT

\*   \*   \*   \*   \*

Comes the United States, by counsel, and gives notice that a disc containing clips of the body-worn camera video referenced in the United States' Objection to the Magistrate's December 1, 2025, Memorandum Opinion and Order Concerning Casey Morris [R. 180], footnotes 107-08, 110, 152, and 159, will be filed with the Clerk contemporaneous with this pleading.

                                                         Respectfully submitted,

                                                         PAUL C. MCCAFFREY
                                                         FIRST ASSISTANT U.S. ATTORNEY

                   By:     s/ Mary Lauren Melton
                            Assistant United States Attorney
                            260 W. Vine Street, Suite 300
                            Lexington, Kentucky 40507-1612
                            (859) 685-4802
                            Mary.Melton@usdoj.gov

## CERTIFICATE OF SERVICE

On December 16, 2025, I electronically filed this motion through the ECF system,

which will send the notice of electronic filing to counsel of record

s/Mary Lauren Melton
Assistant United States Attorney