# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Kentucky

**EXHIBIT AND WITNESS LIST**

USA
V.
CASEY ALLISON MORRIS

Case Number: 5:25-cr-127-GFVT-MAS-7

| PRESIDING JUDGE<br>Matthew A. Stinnett | | | PLAINTIFF'S ATTORNEY<br>Mary Melton | | DEFENDANT'S ATTORNEY<br>Edward Metzger, III, Sarah Ottinger |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>12/17/2025 Motion Hearing | | | COURT REPORTER<br>Audio File | | COURTROOM DEPUTY<br>Samantha Howard |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| x | | 12/17/2025 | | | WITNESS: Isaac Robison, FBI |
| 1a-1c | | 12/17/2025 | x | x | Phone Calls |
| 2 | | 12/17/2025 | x | x | Text Messages |
| 3 | | 12/17/2025 | x | x | NCIC History of D. Hall |
| 4 | | 12/17/2025 | x | x | Text Messages |
| 5a-5c | | 12/17/2025 | x | x | FCDC Communication Account |
| 6 | | 12/17/2025 | x | x | Body-worn Camera Footage |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages