

**Tonio Junior**
Jun 1, 2022 · 🌐

public service announcement

> **Tiff SoDope** · Follow
> May 30, 2022 · 🌐
>
> a RAT is a RAT quit picking and choosing what rats y'all let slide‼️ ‼️

4 comments

👍 Like      💬 Comment      📨 Send      ↪ Share

---

**Tonio Junior**
Nov 16, 2022 · 🌐

> **Bobby Mercer**
> Nov 16, 2022 · 🌐
>
> Snitching is not okay😭 😭

👍 1

👍 Like      💬 Comment      📨 Send      ↪ Share



**Que Møñėý**
Feb 27, 2024 · 🌐

Ain't no way

**Zach Abner · Follow**
Feb 27, 2024 · 🌐

## Ain't no way you love me with the same heart you love a rat 🗣️

😄 4                                    2 shares

👍 Like        Comment        Send        Share