# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY |
|---|---|---|

Central Division (at Lexington)

UNITED STATES OF AMERICA

**WITNESS AND EXHIBIT LIST**

V.

QUINCINO LAMONT WAIDE JR.                    Case Number:   5:25-cr-127-GFVT-MAS-8

| PRESIDING JUDGE Magistrate Judge Matthew A. Stinnett | PLAINTIFF'S ATTORNEY Mary Lauren Melton, AUSA | DEFENDANT'S ATTORNEY Whitney True Lawson |
|---|---|---|
| TRIAL DATE (S) 07/02/2026 | COURT REPORTER ECR | COURTROOM DEPUTY Dulce Cornelius |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION: |
|---|---|---|---|---|---|---|
| **W1** | | **7/2/26** | | | **Isaac Robison, FBI Special Agent** | |
| 1 | | 7/2/2026 | | x | Text messages | |
| 2 | | 7/2/2026 | | x | Video from Instagram account | |
| 3 | | 7/2/2026 | | x | Photos-screenshots | |
| 4 | | 7/2/2026 | | x | Communication by phone | |
| 5a | | 7/2/2026 | | x | Audio jail call | |
| 5b | | 7/2/2026 | | x | Audio jail call | |
| 5c | | 7/2/2026 | | x | Audio jail call | |
| 5d | | 7/2/2026 | | x | Audio jail call | |
| 6 | | 7/2/2026 | | x | Text Messages | |
| **7a** | | **7/2/2026** | | **x** | **Sealed Text Messages** | |
| **7b** | | **7/2/2026** | | **x** | **Sealed Text Messages** | |
| **8** | | **7/2/2026** | | **x** | **Sealed** | |
| 9a | | 7/2/2026 | | x | Messages | |
| 9b | | 7/2/2026 | | x | Messages | |
| | **W1** | **7/2/2026** | | | **Lasha Haddix, Defendant's mother** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |