UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:25-cr-00127-GFVT-MAS |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM QUEJOHN DIXON, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Pursuant to General Order 26-14(6), upon agreement by the Judges, and effective immediately, it is hereby **ORDERED** that this matter be **REASSIGNED** to the Honorable Karen K. Caldwell for further proceedings.

This the 10th day of July, 2026.

Gregory F. Van Tatenhove
United States District Judge