**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:25-127-KKC-MAS** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **WILLIAM QUEJOHN DIXON,**<br>**ROLLIE DESHAWN LAMAR,**<br>**DAQUIS DAMARR SHARP,**<br>**DESMOND ELIJAH BELLOMY,**<br>**JATIECE ALVIN PARKS,**<br>**DEANGELO MONTAVIUS BOONE,**<br>**CASEY ALLISON MORRIS, and**<br>**QUINCINO LAMONT WAIDE, JR.** | |
| **Defendants.** | |

This case was previously assigned to Judge Gregory F. Van Tatenhove. After Judge Van Tatenhove retired, the case was reassigned to the undersigned. Accordingly, the Court hereby ORDERS as follows:

1) The Scheduling Orders entered at Docket Numbers 27, 109, 117, 124, and 128 are VACATED;

2) Pursuant to Judge Van Tatenhove's order at Docket Number 112, the trial in this matter is CONTINUED GENERALLY as to all defendants pending the Attorney General's decision on whether seeking the death penalty is appropriate;

3) The parties SHALL file a status report and propose a new trial date for the above-captioned matter within five (5) days after the Attorney General's decision on whether seeking the death penalty is appropriate;

4) As Judge Van Tatenhove found in his order at Docket No. 112, the time following December 2, 2025 (the previously scheduled trial date) until such time as the Parties file a status report to this Court as ordered herein, is EXCLUDED under 18 U.S.C. § 3161(h)(7)(A) for the reasons stated by Judge Van Tatenhove in his order at Docket No. 112. Further, as to defendant Waide (who does not face a potential death penalty), the delay in the trial is EXCLUDED under U.S.C. § 3161(h)(6) because the Court denied his motion to sever his trial (R. 273) from that of his codefendants; and

5) Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(a), this matter is referred to the United States Magistrate Judge for this Division and docket for the purpose of: (a) supervising discovery (including discovery motions and disputes) and related pretrial proceedings; (b) holding such hearings as may be required, other than suppression hearings and the final pre-trial conference; and (c) ruling on all non-dispositive motions, other than motions in limine, motions for re-arraignment, and motions to alter the trial date.

This 24th day of July, 2026.

**Signed By:**

*Karen K. Caldwell* KKC
**United States District Judge**