**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 5:25-CR-127-KKC-MAS-5** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **-vs-** | ) | |
| | ) | |
| **JATIECE PARKS** | ) | |
| | ) | |
| **Defendant** | ) | |

# ORDER

This matter is before the Court on the Defendant's Motion to File Under Seal. The Court has considered the record and being otherwise sufficiently advised, the Motion shall be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's Motion is GRANTED, and the document shall be Filed Under Seal.

Entered this 5th day of August, 2026.

Matthew A. Stinnett

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY