**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of Kentucky*
*260 W. Vine Street, Suite 300*
*Lexington, Kentucky 40507*
*(859) 233-2661*
*FAX (859) 233-2747*

August 9, 2026

Thomas C. Lyons
Counsel for Deangalo Boone
thomaslyons@hotmail.com
*Via Electronic Mail*

Re: Death Penalty Decision for Deangalo Boone
*United States v. William Dixon, et al.*, 5:25-CR-127-KKC-MAS

Dear Mr. Lyons:

Acting Attorney General Todd Blanche has authorized the United States Attorney's Office for the Eastern District of Kentucky to not seek the death penalty against Deangalo Boone in the above-referenced matter.

If you have questions or concerns, please email me at mary.melton@usdoj.gov or call me at (859) 685-4802.

Sincerely,

**Jason D. Parman**
**First Assistant United States Attorney**

By: ______________________________
Mary Lauren Melton
Assistant United States Attorney