UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:25-cr-00127-KKC-MAS-6 At Lexington Date October 5, 2026

USA vs. Deangelo Montavius Boone x present x custody ___ bond ___ OR Age ___

**DOCKET ENTRY:** The parties appeared at the detention hearing as scheduled, with United States Probation Officer Kendahl Granger Foright also present. The Court heard testimony from two witnesses, along with a proffer and arguments from counsel. The Bond Report will be filed in the record UNDER SEAL.

PRESENT: HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Katie Pollard | ECR | none | Mary Lauren Melton |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant: Thomas C. Lyons x Present ___ Retained x Appointed

I, Katie Pollard, Deputy Clerk, CERTIFY that the official record of this proceeding is an audio file
KYED-LEX__5-25-cr-127-KKC-MAS-06_20261005_132540

PROCEEDINGS: **DETENTION HEARING**

x Oral motion for pretrial detention ___ GRANTED ___ DENIED **x** TAKEN UNDER ADVISEMENT

___ Hearing on motion of U.S. for pretrial detention **CONTINUED** to

x Defendant remanded to custody.

___ Defendant released on conditions as noted in a separate Order of release.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies: COR, USP, USM Initials of Deputy Clerk: kp TIC: /59